# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO: 14-14095-CIV-MARTINEZ-LYNCH

KRISTIN ANDERSON,

    Plaintiff,

vs.

CITY OF FORT PIERCE,

    Defendant.

_____/

## DEFENDANT'S WITNESS LIST

Pursuant to this Court's Order Granting Joint Motion to Modify Scheduling Order [Doc. 48], Defendant CITY OF FORT PIERCE, by and through its undersigned attorneys, lists the following witnesses:

1. Laurie Aguila                                                          MAY CALL
   City of Fort Pierce Police Department
   c/o Douglas T. Noah, Esquire
   Dean, Ringers, Morgan & Lawton, P.A.
   201 E. Pine Street, Suite 1200
   Orlando, FL 32801

2. James Aikens                                                           MAY CALL
   Reserve Officer
   City of Fort Pierce Police Department
   c/o Douglas T. Noah, Esquire
   Dean, Ringers, Morgan & Lawton, P.A.
   201 Pine Street, Suite 1200
   Orlando, FL 32801

3. Joseph Alves                                                           EXPECT TO CALL
   Address protected pursuant to Florida Statutes

| | | |
|---|---|---|
| 4. | Lt. Frank Amandro<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 5. | Kristin Anderson, Plaintiff<br>c/o Karen Coolman Amlong, Esquire,<br>William R. Amlong, Esquire,<br>and Alison Churly-Davis, Esquire<br>Amlong & Amlong, P.A.<br>500 Northeast 4th Street, 2nd Floor<br>Ft. Lauderdale, FL 33301 | |
| 6. | Officer Brian Avilla<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 7. | R. Sean Baldwin<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 8. | Lt. Christopher Bender<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 9. | Al Boettjer<br>Coastal Florida Police Benevolent Association<br>810 Fentress Court, Suite 50<br>Daytona Beach, FL 32117 | MAY CALL<br>BY DEPOSITION |
| 10. | Ofc. Joseph Cassaniti<br>c/o Port St. Lucie Police Department<br>121 SW Port St. Lucie Boulevard<br>Port St. Lucie, FL 34984 | MAY CALL |

Defendant's Witness List – *Anderson v. City of Fort Pierce* – Page pg. 2

| | | |
|---|---|---|
| 11. | Scott Ceckanowicz<br>Address protected pursuant to Florida Statutes | MAY CALL |
| 12. | Sgt. Don Christman<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 13. | Ofc. Joseph Coleman<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 14. | Gregorio Collazo<br>Address protected pursuant to Florida Statutes | EXPECT TO CALL |
| 15. | Sharmon Colton<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201    Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 16. | Ofc. Paul Cunzo<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 17. | Lt. Robert Curry<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |

| | | |
|---|---|---|
| 18. | Sgt. Dave Cuti<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 19. | Jeffrey Danziger, M.D.<br>Psychiatric Affiliates, P.A.<br>2300 Maitland Center Parkway, Suite 211<br>Maitland, FL 32751 | EXPERT WITNESS |
| 20. | Derek Dawson<br>Address protected pursuant to Florida Statutes | MAY CALL |
| 21. | Preston DiFrancesco<br>Address protected pursuant to Florida Statutes | MAY CALL |
| 22. | Det. Michael Dini<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 23. | Christopher Dreizehnter<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 24. | Ofc. Daniela Dreizehnter<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 25. | Det. Gary Eason<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |

| | | |
|---|---|---|
| 26. | Lt. Katherine England<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 27. | Sgt. Daniel Flaherty<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 28. | Sgt. James Gagliano<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 29. | Ofc. Al Carcia<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 30. | Lt. Caleb Gillette<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 31. | Ofc. Cheryl Glenn-Reed<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 32. | Kenneth Gold, M.D.<br>2592 SW Racquet Club Drive<br>Palm City, FL 34990 | EXPECT TO CALL |

| | | |
|---|---|---|
| 33. | E.E. Griffith, Ph.D.<br>120 S.W. 6th Street<br>Stuart, FL 34994 | EXPECT TO CALL |
| 34. | Ofc. Ralph "Keith" Holmes<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 35. | Brian Humm<br>Address protected pursuant to Florida Statutes | EXPECT TO CALL |
| 36. | Gloria Johnson<br>Director of Finance<br>City of Fort Pierce<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 37. | Henry Kantorski<br>Address protected pursuant to Florida Statutes | EXPECT TO CALL |
| 38. | Sgt. Graham Kelley<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 39. | Ronald Kern<br>Address protected pursuant to Florida Statutes | MAY CALL |
| 40. | Gregory Kirk<br>Address protected pursuant to Florida Statutes | EXPECT TO CALL |
| 41. | Ofc. Tad Lindstadt<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |

| | | |
|---|---|---|
| 42. | Sgt. Brian MacNaught<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 43. | Ofc. Michael Massie<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 44. | Sgt. Thomas McDermott<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 45. | Christopher Mulligan<br>5311 N.E. 17th Terrace<br>Ft. Lauderdale, FL 33334 | MAY CALL |
| 46. | Sgt. Rodney Nieves<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 47. | James Nygaard<br>c/o Collier County State Attorney's Office<br>3315 E. Tamiami Trail, Suite 602<br>Naples, FL 34112 | EXPECT TO CALL |
| 48. | Dean Ovashak<br>Address protected pursuant to Florida Statutes | MAY CALL |
| 49. | Demetrius Owens<br>Address protected pursuant to Florida Statutes | MAY CALL |

| | | |
|---|---|---|
| 50. | Eugene Paoline, III, Ph.D.<br>University of Central Florida<br>Department of Criminal Justice<br>12805 Pegasus Drive<br>Orlando, FL 32816 | EXPECT TO CALL<br>BY DEPOSITION |
| 51. | Ofc. Emmanuel "Manny" Perez<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 52. | Ofc. Petry<br>c/o Port St. Lucie Police Department<br>121 SW Port St. Lucie Blvd.<br>Port St. Lucie, FL 34984 | MAY CALL |
| 53. | Ofc. D. Palacio<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 54. | Jose Pozo, M.D.<br>240 N.W. Peacock Boulevard, Suite 101<br>Port St. Lucie, FL 34986 | MAY CALL |
| 55. | Denise L. Punger, M.D.<br>4640 South 25th Street<br>Fort Pierce, FL 34981 | MAY CALL |
| 56. | Mike Reals<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 57. | Lt. Robert Ridle<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |

| | | |
|---|---|---|
| 58. | Alicia Rock<br>Address protected pursuant to Florida Statutes | EXPECT TO CALL |
| 59. | Major Larry Rothman<br>c/o St. Lucie County Sheriff's Office<br>4700 W. Midway Road<br>Ft. Pierce, FL 34981 | MAY CALL |
| 60. | Augustin Sanz, M.D.<br>1420 S.W. St. Lucie West Boulevard, Suite 103<br>Port St. Lucie, FL 34986 | MAY CALL |
| 61. | Eugene Savage<br>Address protected pursuant to Florida Statutes | MAY CALL |
| 62. | Frank Seretis<br>Address protected pursuant to Florida Statutes | MAY CALL |
| 63. | Darshan Shah, M.D.<br>2339 South U.S. 1<br>Fort Pierce, FL 34982 | EXPECT TO CALL<br>BY DEPOSITION |
| 64. | Sandra Shuleshko, LMHC<br>1680 Southwest Bayshore Blvd., Suite 116<br>Port St. Lucie, FL 34984 | EXPECT TO CALL |
| 65. | Norman Silversmith, M.D.<br>4440 PGA Boulevard, Suite 600<br>Palm Beach Gardens, FL 33410 | EXPERT WITNESS |
| 66. | Zoila Simmons<br>Address protected pursuant to Florida Statutes | MAY CALL |
| 67. | Sgt. Jon Smith<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 68. | Thomas Smith<br>Address protected pursuant to Florida Statutes | EXPECT TO CALL |

| | | |
|---|---|---|
| 69. | Ofc. S. Sobon<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 70. | Ofc. Damien Spotts<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 71. | Pamela Stern, Esquire<br>581 Joseph E. Boone Boulevard, NW<br>Atlanta, GA 30314-3839 | EXPECT TO CALL<br>BY DEPOSITION |
| 72. | Det. Jesse Streeter<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | EXPECT TO CALL |
| 73. | Nathaniel Stubley<br>c/o St. Lucie County Sheriff's Office<br>4700 W. Midway Road<br>Ft. Pierce, FL 34981 | MAY CALL |
| 74. | James Tedder<br>Address protected pursuant to Florida Statutes | EXPECT TO CALL |
| 75. | Det. Ben Thayer<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 76. | Ofc. Oscar Trinidad<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |

| | | |
|---|---|---|
| 77. | Angelo Tsaousis<br>Address protected pursuant to Florida Statutes | MAY CALL |
| 78. | Ofc. Todd Warner<br>City of Fort Pierce Police Department<br>c/o Douglas T. Noah, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801 | MAY CALL |
| 79. | Captain Greg Witt<br>Sebastian Police Department<br>1201 Main Street<br>Sebastian, FL 32958 | MAY CALL |
| 80. | Records Custodian<br>St. Lucie County Sheriff's Office<br>4700 West Midway Road<br>Ft. Pierce, FL 34981 | MAY CALL |
| 81. | Records Custodian<br>Indian River State College<br>3209 Virginia Avenue<br>Fort Pierce, FL 34981 | MAY CALL |