UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 14-cv-14095-Martinez

KRISTIN ANDERSON,

    Plaintiff,

v.

CITY OF FORT PIERCE,

    Defendant.
_____/

## VERDICT FORM

We, the Jury, return the following verdict.

**LIABILITY**

**QUESTION 1:**

a. Do you find from a preponderance of the evidence that Kristin Anderson was subject to an adverse employment action by the City of Fort Pierce?

    YES ✓    NO ____

IF YOU ANSWERED "YES" PROCEED TO QUESTION 1(b). IF YOU ANSWERED "NO", PROCEED TO QUESTION 2.

b. Do you find from a preponderance of the evidence that Kristin Anderson's sex was a motivating factor that prompted the City of Fort Pierce to take that action?

    YES ✓    NO ____

38

IF YOU ANSWERED "YES" PROCEED TO QUESTION 1(c). IF YOU ANSWERED "NO", PROCEED TO QUESTION 2.

c.  Do you find from a preponderance of the evidence that Kristin Anderson would have been subject to an adverse employment action even if the City of Fort Pierce had not taken her sex into account?

   YES  ✓      NO _____

PLEASE PROCEED TO QUESTION 2.

**QUESTION 2:**

a.  Do you find from a preponderance of the evidence that Kristin Andersons's supervisor harassed her because of her sex?

   YES  ✓      NO _____

IF YOU ANSWERED "YES" PROCEED TO QUESTION 2(b). IF YOU ANSWERED "NO", PROCEED TO QUESTION 3.

b.  Do you find from a preponderance of the evidence that the harassment created a hostile work environment for Kristin Anderson?

   YES  ✓      NO _____

IF YOU ANSWERED "YES" PROCEED TO QUESTION 2(c). IF YOU ANSWERED "NO", PROCEED TO QUESTION 3.

c.  Do you find from a preponderance of the evidence that the City of Fort Pierce exercised reasonable care to prevent and promptly correct any harassing behavior in the workplace because of sex?

   YES _____      NO  ✓

IF YOU ANSWERED "YES" PROCEED TO QUESTION 2(d). IF YOU ANSWERED "NO", PROCEED TO QUESTION 3.

d.  Do you find from a preponderance of the evidence that Kristin Anderson unreasonably failed to take advantage of the preventive or corrective opportunities the City of Fort Pierce provided to avoid or correct the harm or that she took advantage of the preventive or corrective opportunities provided by the City of Fort Pierce and the City of Fort Pierce responded by taking reasonable and prompt corrective action?

    YES _____   NO _____

PLEASE PROCEED TO QUESTION 3.

**QUESTION 3:**

a.  Do you find from a preponderance of the evidence that Kristin Anderson engaged in protected activity?

    YES  ✓   NO _____

IF YOU ANSWERED "YES" PROCEED TO QUESTION 3(b). IF YOU ANSWERED "NO", SKIP TO "WHETHER TO PROCEED FROM LIABILITY TO DAMAGES" SECTION.

b.  Do you find from a preponderance of the evidence that the City of Fort Pierce took an adverse employment action against Kristin Anderson?

    YES  ✓   NO _____

IF YOU ANSWERED "YES" PROCEED TO QUESTION 3(c). IF YOU ANSWERED "NO", SKIP TO "WHETHER TO PROCEED FROM LIABILITY TO DAMAGES" SECTION.

c.  Do you find from a preponderance of the evidence that the City of Fort Pierce took the adverse employment action because of Kristin Anderson's protected activity?

    YES  ✓   NO _____

IF YOU ANSWERED "YES" PROCEED TO QUESTION 3(d). IF YOU ANSWERED "NO", SKIP TO "WHETHER TO PROCEED FROM

LIABILITY TO DAMAGES" SECTION.

d.  Do you find from a preponderance of the evidence that Kristin Anderson suffered damages because of the adverse employment action?

YES ✓   NO ____

PLEASE PROCEED TO "WHETHER TO PROCEED FROM LIABILITY TO DAMAGES" SECTION.

**WHETHER TO PROCEED FROM LIABILITY TO DAMAGES**

If you answered YES to Questions 1(a) and 1(b) **and** NO to Question 1(c), then you have found that the City of Fort Pierce is liable to Kristin Anderson for claim 1.

If you answered YES to Questions 2(a) and 2(b), **and** NO to Questions 2(c) **or** 2(d) then you have found that the City of Fort Pierce is liable to Kristin Anderson for claim 2.

If you answered YES to Questions 3(a), 3(b), 3(c), **and** 3(d), then you have found that the City of Fort Pierce is liable to Kristin Anderson for claim 3.

If you have found that the City of Fort Pierce is liable to Kristin Anderson on any of the three claims, PROCEED TO QUESTIONS 4 AND 5.

If not, then the City of Fort Pierce is not liable to Kristin Anderson and you should not answer Questions 4 and 5. Please do not complete the remainder of this form, except to have the foreperson sign and date the form. Please inform the Court Security Officer that you have concluded your deliberations.

**DAMAGES**

    4. Do you find from a preponderance of the evidence that Kristin Anderson should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

        YES  ✓        NO  _____

    If your answer is YES, in what amount? Compensate only for the claim(s) for which you have found that the City of Fort Pierce is liable to Kristin Anderson.

        $283,500.00

    PLEASE PROCEED TO QUESTION 5, REGARDLESS OF YOUR ANSWER

    5. Do you find from a preponderance of the evidence that Kristin Anderson should be awarded damages to compensate for emotional pain and mental anguish?

        YES  ✓        NO  _____

    If your answer is YES, in what amount? Compensate only for the claim(s) for which you have found that the City of Fort Pierce is liable to Kristin Anderson.

        $225,000.00

**SO SAY WE ALL**

Signed and dated at the United States Courthouse, Fort Pierce, Florida this 27th day of August, 2015.

                                                          8/27/15

_____                 Date
Foreperson (please sign)
Fort Pierce, Florida


_____
Foreperson (print name)

42